No. 04M41.  PENDER *v.* UNION OF C. S. E. A. ET AL.;
No. 04M42.  BEAN *v.* UNITED STATES POSTAL SERVICE ET AL.; and

No. 04M43. HENRY v. DEPARTMENT OF COMMERCE ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.